IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KYLE J. LIGUORI,**<br>**individually and on behalf of**<br>**all others similarly situated** | :<br>:<br>: |
| | :    **Civ. No. 08-479** |
| **v.** | :<br>: |
| **WELLS FARGO & COMPANY, et al.** | : |

## ORDER

On September 24, 2008, by agreement of the Parties, I ordered that this case be stayed and placed in suspense. Accordingly, Plaintiff's Motion to Certify Class (Doc. No. 44) and Defendant's Motion to Dismiss (Renewed) Untimely Claims or Strike Limitations Tolling Allegations Or, Alternatively, Motion For Judgment On the Pleadings (Doc. No. 51) are now moot.

AND NOW, this 24th day of September, 2008, it is **ORDERED** that Plaintiff's Motion to Certify Class and Defendant's Motion to Dismiss are **DENIED without prejudice.**
.

AND IT IS SO ORDERED.

*/s Paul S. Diamond*
_____
Paul S. Diamond, J.